[876 NE2d 500, 844 NYS2d 773]

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., Plaintiffs, v FOSTER WHEELER CORPORATION, Respondent, and AFFILIATED FM INSURANCE COMPANY et al., Appellants, et al., Defendants.

Argued September 6, 2007; decided October 11, 2007

APPEARANCES OF COUNSEL

*Crowell & Moring LLP*, Washington, DC (*Clifton S. Elgarten, Jonathan H. Pittman* and *Kathryn A. Underhill*, of the District of Columbia bar, admitted pro hac vice, of counsel), and *Crowell & Moring LLP*, New York City (*Frank M. Esposito* of counsel), for appellants.

*Covington & Burling LLP*, Washington, DC (*Robert A. Long, Jr.*, of the District of Columbia bar, admitted pro hac vice, and *William P. Skinner, Keith A. Noreika* and *Ann O'Connell* of counsel), and *Covington & Burling LLP*, New York City (*Michael C. Nicholson* of counsel), for respondent.

*Kirkpatrick & Lockhart Preston Gates Ellis LLP*, New York City (*David S. Versfelt* of counsel), and *Kirkpatrick & Lockhart Preston Gates Ellis LLP*, Pittsburgh, Pennsylvania (*Donald E. Seymour* of counsel), for Honeywell International Inc., amicus curiae.

*Vedeer, Price, Kaufman & Kammholz, P.C.*, New York City (*John H. Eickemeyer* and *Marie Tieri* of counsel), and *Wiley Rein LLP*, Washington, DC (*Laura A. Foggan* and *John C. Yang* of counsel), for Complex Insurance Claims Litigation Association, amicus curiae.

## OPINION OF THE COURT

Order affirmed, with costs, and certified question answered in the affirmative for the reasons stated by Justice David Friedman at the Appellate Division (36 AD3d 17 [2006]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, SMITH, PIGOTT and JONES. Taking no part: Judge READ.